390 A.2d 305

Gavitt v. Bethlehem Steel Corporation, Appellant.

Argued March 20, 1978. Francis E. Shields, for appellant; M. Brodie, with him Sidney J. Smolinsky, for appellee.

Order affirmed.

390 A.2d 305

Goldstein, Appellant, v. Sturm et al.

Argued March 28, 1978. Paul L. Herron, for appellant; Lawrence R. Richard, with him Alexander A. DiSanti, for appellees.

Order affirmed.